# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-02942-001-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Jose Adan Olivas, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bowman. (Doc 167.) Magistrate Judge Bowman recommends denying Defendant Jose Adan Olivas's Motion to Dismiss Count One of the Indictment. (*Id.*)

The Defendant filed an Objection to the Recommendation. (Doc. 168.) Upon review of the Objection and the filings related to the motion, the Court will adopt Magistrate Judge Bowman's recommendation   As the text of 8 U.S.C. § 1324 does not include the requirement of an overt act, it is not necessary to allege an overt act in the Indictment.

//
//
//
//
//

Accordingly,

IT IS ORDERED:

1. Magistrate Judge Bowman's Report and Recommendation (Doc. 167) is ADOPTED;

2. Defendant Jose Adan Olivas's Amended Motion to Dismiss Count One of the Indictment (Doc. 159) is DENIED.

Dated this 28th day of April, 2021.

Honorable Jennifer G. Zipps
United States District Judge