# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jose Adan Olivas - 001<br>Jose Padilla - 002,<br><br>　　　　　Defendants. | No. CR-19-02942-TUC-JGZ (LAB)<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman that recommends granting in part and denying in part Defendants' Motion to Dismiss Indictment[1] (Doc. 148) by directing that the relevant portion of the grand jury transcript be disclosed but denying the motion to dismiss the indictment. (Doc. 166.).

　　　　A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　　Upon review of the record, the Court will adopt Magistrate Judge Bowman's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1. Magistrate Judge Bowman's Report and Recommendation (Doc. 166) is

---

[1] Defendant Jose Adan Olivas filed the Motion to Dismiss Indictment and Co-Defendant Jose Padilla filed a notice of joinder. (Docs. 148, 151.)

1. accepted and adopted;

2. Defendants' Motion to Dismiss Indictment (Doc. 148) is GRANED IN PART and DENIED IN PART.  The Motion is granted to the extent that it is construed as a motion for disclosure of the relevant portion of the grand jury transcript.  The Motion to Dismiss is denied as to all other relief sought.  The Government shall disclose the relevant portion of the grand jury transcript to Defendants within seven (7) days of the filing date of this Order.

IT IS FURTHER ORDERED that defense counsel not duplicate or otherwise disseminate the Grand Jury material produced pursuant to this Order.

Dated this 10th day of June, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge